# U.S. District Court
## Eastern District of TEXAS [LIVE] (Sherman)
## CIVIL DOCKET FOR CASE #: 4:22−cv−00592−ALM−KPJ

| | |
|---|---|
| Smocks v. U.S. District Court for the District of Columbia | Date Filed: 07/13/2022 |
| Assigned to: District Judge Amos L. Mazzant, III | Date Terminated: 12/08/2022 |
| Referred to: Magistrate Judge Kimberly C Priest Johnson | Jury Demand: None |
| Cause: 28:1651 Petition for Writ of Habeas Corpus | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Mr Troy Anthony Smocks**     represented by     **Mark Lieberman , I**
Lieberman Attorney at Law
Head Legal
1704 Pine Hills Lane
Corinth, TX 76210
817−905−3772
Email: mjc358@hotmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. District Court for the District of Columbia**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2022 | Ï 1 | PETITION for Writ of Habeas Corpus , filed by Troy Anthony Smocks. (Attachments: # 1 Exhibit, # 2 Supplement)(Lieberman, Mark) (Entered: 07/13/2022) |
| 07/13/2022 | Ï | Case Assigned to District Judge Amos L. Mazzant, III. (rpc, ) (Entered: 07/14/2022) |
| 07/13/2022 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (rpc, ) (Entered: 07/14/2022) |
| 07/14/2022 | Ï | NOTICE of Deficiency regarding the 1 Petition submitted by Troy Anthony Smocks. The exhibits were not filed as separate attachments, see Local Rule 5. Correction should be made by one business day. (rpc, ) (Entered: 07/14/2022) |
| 07/14/2022 | Ï 2 | Additional Attachments to Main Document: 1 Petition for Writ of Habeas Corpus.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Supplement)(Lieberman, Mark) (Entered: 07/14/2022) |

| 07/19/2022 | Ï | Case Referred to Magistrate Judge Kimberly C Priest Johnson. (rpc, ) (Entered: 07/19/2022) |
|---|---|---|
| 07/25/2022 | Ï 3 | Ex Parte MOTION for Disclosure , First MOTION to Disqualify Judge *Kimberly Priestt & Christine Nowak* by Troy Anthony Smocks. (Lieberman, Mark) (Additional attachment(s) added on 7/27/2022: # 1 Text of Proposed Order) (rpc, ). (Entered: 07/25/2022) |
| 08/12/2022 | Ï 4 | MOTION for Hearing by Troy Anthony Smocks. (Lieberman, Mark) (Additional attachment(s) added on 8/12/2022: # 1 Text of Proposed Order) (rpc, ). (Entered: 08/12/2022) |
| 09/12/2022 | Ï 5 | Additional Attachments to Main Document: 1 Petition for Writ of Habeas Corpus, 2 Additional Attachments to Main Document,.. (Lieberman, Mark) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 6 | ORDER. It is ORDERED that Petitioner's motions (Dkts. 3 , 4 ) are DENIED. Signed by Magistrate Judge Kimberly C Priest Johnson on 9/12/2022. (rpc, ) (Entered: 09/12/2022) |
| 09/26/2022 | Ï 7 | Notice of filing Petition for Writ of Mandamus received from 5th Circuit via email, Case number 22−40635. (rpc, ) (Entered: 09/27/2022) |
| 09/27/2022 | Ï 8 | Notice via email from Fifth Circuit, Order denying Petition for Writ of Mandamus. (Attachments: # 1 USCA Cover Letter)(rpc, ) (Entered: 09/28/2022) |
| 10/20/2022 | Ï 9 | REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE. It is recommended this action be TRANSFERRED to the United States District Court for the District of Columbia, Washington, D.C., for further proceedings in accordance with the rules of that district. Signed by Magistrate Judge Kimberly C Priest Johnson on 10/20/2022. (rpc, ) (Entered: 10/20/2022) |
| 10/26/2022 | Ï 10 | **\*\*\*PLEASE DISREGARD. INCORRECT DOCKET EVENT USED\*\*\*** RESPONSE to *Objection To Report and Recommend of Magistrateation filed by Troy Anthony Smocks*. (Lieberman, Mark) Modified on 10/27/2022 (rpc, ). (Entered: 10/26/2022) |
| 10/27/2022 | Ï | NOTICE of Deficiency regarding the 10 RESPONSE to Objection To Report and Recommend of Magistrateation submitted by Troy Anthony Smocks. The document should be filed using event Objection to Report and Recommendations. Correction should be made by one business day. (rpc, ) (Entered: 10/27/2022) |
| 10/27/2022 | Ï 11 | OBJECTION to 9 Report and Recommendations *Objection To Report and Recommendation of Magistrate Judge* by Troy Anthony Smocks. (Lieberman, Mark) (Entered: 10/27/2022) |
| 11/02/2022 | Ï 12 | Emergency MOTION for Hearing *Habeas Corpus Ad Subjiciendum* by Troy Anthony Smocks. (Attachments: # 1 Text of Proposed Order)(Lieberman, Mark) (Entered: 11/02/2022) |
| 11/17/2022 | Ï 13 | MEMORANDUM OPINION AND ORDER. It is ORDERED that Petitioner's action is TRANSFERRED to the United States District Court for the District of Columbia, Washington, D.C., for further proceedings in accordance with the rules of that district. Signed by District Judge Amos L. Mazzant, III on 11/17/2022. (rpc, ) (Entered: 11/17/2022) |
| 11/17/2022 | Ï 14 | NOTICE of Voluntary Dismissal by Troy Anthony Smocks (Lieberman, Mark) (Entered: 11/17/2022) |
| 12/06/2022 | Ï | The case will be transferred to another district 20 days from the date the Order of Transfer was entered on the docket, per Local Rule CV−83(b). (rpc, ) (Entered: 12/06/2022) |
| 12/08/2022 | Ï | Interdistrict transfer to the United States District Court for the District of Columbia, Washington, D.C. (rpc, ) (Entered: 12/08/2022) |